B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

**Name of Debtor** (if individual, enter Last, First, Middle):
Harbour East Development, Ltd.

**Name of Joint Debtor (Spouse)** (Last, First, Middle):

**All Other Names used by the Debtor in the last 8 years**
(include married, maiden, and trade names):

**All Other Names used by the Joint Debtor in the last 8 years**
(include married, maiden, and trade names):

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)
26-5064841

**Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN**
(if more than one, state all)

**Street Address of Debtor** (No. and Street, City, and State):
7935 East Drive
Harbor Island
North Bay Village, FL
ZIP Code: 33141

**Street Address of Joint Debtor** (No. and Street, City, and State):
ZIP Code:

**County of Residence or of the Principal Place of Business:**
Miami-Dade

**County of Residence or of the Principal Place of Business:**

**Mailing Address of Debtor** (if different from street address):
ZIP Code:

**Mailing Address of Joint Debtor** (if different from street address):
ZIP Code:

**Location of Principal Assets of Business Debtor**
(if different from street address above):

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ■ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | Harbour East Development, Ltd. |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed: - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). |
| ☐ Exhibit A is attached and made a part of this petition. | X_____<br>Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10) Page 3

| **Voluntary Petition** | Name of Debtor(s): **Harbour East Development, Ltd.** |
|---|---|

*(This page must be completed and filed in every case)*

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

**X  /s/ Michael L. Schuster**
Signature of Attorney for Debtor(s)

**Michael L. Schuster FBN 57119**
Printed Name of Attorney for Debtor(s)

**Genovese Joblove & Battista, P.A.**
Firm Name

**100 SE 2nd Street**
**Suite 4400**
**Miami, FL 33131**

Address

**305-349-2300  Fax: 305-349-2310**
Telephone Number

**April 22, 2010**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X  /s/ Mario Egozi**
Signature of Authorized Individual

**Mario Egozi**
Printed Name of Authorized Individual

**Manager/Member**
Title of Authorized Individual

**April 22, 2010**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re: ) Case No.
)
HARBOUR EAST DEVELOPMENT, LTD ) Chapter 11
)
Debtor. )

## STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

The undersigned declares under penalty of perjury that he is the manager/member of Harbour Development LC, a Florida limited liability company, which is the general partner of Harbour East Development, Ltd, and that the following resolution was adopted by the manager/member of Harbour Development LC in its capacity as general partner of Harbour East Development, Ltd:

"Whereas, it is in the best interest of this Harbour East Development, Ltd to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 11 of Title 11 of the United States Code;

Be It Therefore Resolved, that Mario Egozi, as manager/member of Harbour Development LC, is authorized and directed, as general partner of Harbour East Development, Ltd, to execute and deliver all documents necessary to perfect the filing of a Chapter 11 voluntary bankruptcy case on behalf of Harbour East Development, Ltd; and

Be It Further Resolved, that Mario Egozi is authorized and directed to appear in all bankruptcy proceedings on behalf of Harbour East Development, Ltd, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of Harbour East Development, Ltd in connection with such bankruptcy case; and

Be It Further Resolved, that Mario Egozi is authorized and directed to employ Paul M. Bauch, and the law firm of Bauch & Michaels, LLC and John H. Genovese and Michael Shuster of the law firm of Genovese, Joblove & Battista to represent Harbour East Development, Ltd in such bankruptcy case."

Executed on: April 22, 2010

MANAGER/MEMBER:

_Mario Egozi_
Mario Egozi

## United States Bankruptcy Court
### Southern District of Florida

In re   **Harbour East Development, Ltd.**               Case No.
                                                Debtor(s)            Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager/Member of the partnership named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **April 22, 2010**                  **/s/ Mario Egozi**
                                                       **Mario Egozi**/**Manager/Member**
                                                       Signer/Title

7935 NBV LLC
c/o Jose A. Casal, Esq.
Holland & Knight LLP
701 Brickell Ave, Suite 3000
Miami, FL 33131


All Florida Pool
11720 Biscayne Blvd.
Miami, FL 33181


AT&T
PO Box 5093
Elburn, IL 60119


Atlantic Broadband Cable
1681 Kennedy Causeway
North Bay Village, FL 33141


Azael Pousa
3501 West 76th St
Hialeah, FL 33018


Billy Bean
7935 East Drive
Unit 504
North Bay Village, FL 33141


Blass & Frankel, PA
One SE Third Avenue
Miami, FL 33131


Carlos Silon
3061 NW 154th Terrace
Miami Gardens, FL 33054


Carmen Delia Gonzalez-Rose
109 Costa Rica St PHB
San Juan, PR 00917


Cheryl and Per Nylen
1 Round Hill Road
Kinellon, NJ 07405

```
Cielo 10A-LLC
1390 Brickell Ave #200
Miami, FL 33131


Cielo 11-D LLC
1390 Brickell Avenue #200
Miami, FL 33131


Cielo 12A LLC
10750 NW 68th Ave
Doral, FL 33178


Cielo on the Bay 14D LLC
1390 Brickell Avenue #200
Miami, FL 33131


Cielo on the Bay Condominium Association
7935-37 East Drive
North Bay Village, FL 33141


Demar Import/Export Inc.
2121 Ponce De Leon #1050
Miami, FL 33134


DK Phillips, Attorneys at Law
235 Lincoln Road # 311
Miami Beach, FL 33139


Eco Simplista
699 Oakland Park Blvd
Fort Lauderdale, FL 33334


Engineering Systems
2400 W. 84th Street
Hialeah, FL 33016


Felipe Sanchez
445 NE 109 ST
Miami, FL 33161


Fernando Giaquinta
7935 East Dr # 904
Miami Beach, FL 33141
```

Florida Department of Revenue
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399


Florida Power and Light
PO Box 025576
Miami, FL 33102


FPTS Tax Consulting
329 Palermo Ave
Coral Gables, FL 33134


Hon. Eric H. Holden Jr. Att'y Gen.
950 Pennsylvania Ave Nw Room 4400
Washington, DC 20530


Internal Revenue Service
Po Box 21126
Philadelphia, PA 19114


Internal Revenue Service Special Procedu
7850 Sw 6th Ct
Plantation, FL 33324


Isaac Shaftal
7935 East Drive
Unit 1202
North Bay Village, FL 33141


James Milana
3 Springwood Path
Laurel Hollow, NY 11791


Juan and Jenny Espinosa
8370 NW 157th Terrace
Hialeah, FL 33016


Juan Mauricio Cuellar
325 South Biscayne Blvd. #1223
Miami, FL 33131


Kent Harrison Robbins
1224 Washington Ave.
Miami Beach, FL 33139

```
Kramer and Associates
890 S. Dixie Highway
Miami, FL 33146


Mario Egozi
10141 East Bay Harbor Dr. 5C
Bay Harbor, FL 33154


Mark Tobin
7935 East Drive
Unit 901
North Bay Village, FL 33141


Mark Traverso
610 Carnegie Hill Lane
Boca Raton, FL 33486


Melinda S. Thornton
Assistant County Attorney
2810 Stephen P. Clark Center
111 NW First Street
Miami, FL 33128-1993


Miami-Dade Tax Collector
140 West Flagler Street
Miami, FL 33130-1575


Michael Honablue
7935 East Drive
Unit 1002
North Bay Village, FL 33141


North Bay Village
1666 Kennedy Causeway
Miami Beach, FL 33141


Osvaldo and Albert Garcia
10 W 74th St 1G
New York, NY 10023


Patrick Carrenty
3009 Albermarle Street NW
Washington, DC 20008
```

Paul Kempinski  
7935 East Drive  
Unit 802  
North Bay Village, FL 33141

Paul Kempinski  
4867 Rothschild Dr  
Coral Springs, FL 33067

Pedro and Martin Muina  
AutoPista Buenos Aires  
La Plata KM3  
Country Club Abril de Campo Hudson  
Buenos Aires, Barrio el Alfafar Lote 3

Per W. Nylen and Cheryl L. Nylen  
1 Round Hill Road  
Butler, NJ 07405

Power Depot  
3553 NW 78th Avenue  
Miami, FL 33122

Ray Rodriguez  
7935 East Drive  
Unit 1504  
North Bay Village, FL 33141

Revuelta Vega Leon  
2950 SW 27th Avenue  
Suite 310  
Miami, FL 33133

Reza Rahimzadegan  
PO Box 998163  
Miami, FL 33299

Scott Dearden  
7935 East Drive  
Unit 1203  
North Bay Village, FL 33141

Tervise  
7935 East Drive  
Unit 22  
North Bay Village, FL 33141

```
Thysenkrupp
7481 NW 66th Street
Miami, FL 33166


Whirpool Corporation
3019 Acazar Place # 104
Palm Beach Gardens, FL 33410


White Investment Group, Inc.
7935 East Drive, Unit 602
North Bay Village, FL 33154


Zobieda Rothstein
7935 East Drive
Unit 904
North Bay Village, FL 33141
```