B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Harbour East Development, Ltd.**                              Case No.
                                     Debtor(s)                          Chapter   **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| **Billy Bean**<br>**7935 East Drive**<br>**Unit 504**<br>**North Bay Village, FL 33141** | **Billy Bean**<br>**7935 East Drive**<br>**Unit 504**<br>**North Bay Village, FL 33141** | **Residential Lease Security Deposit** | **Contingent** | 2,600.00 |
| **Blass & Frankel, PA**<br>**One SE Third Avenue**<br>**Miami, FL 33131** | **Blass & Frankel, PA**<br>**One SE Third Avenue**<br>**Miami, FL 33131**<br>3053740231 | **Condominium Lawyer** | | 695.00 |
| **Cielo on the Bay Condominium Association**<br>**7935-37 East Drive**<br>**North Bay Village, FL 33141** | **Cielo on the Bay Condominium Association**<br>**7935-37 East Drive**<br>**North Bay Village, FL 33141** | **Condominium Assesments** | **Unliquidated** | 186,000.00 |
| **DK Phillips, Attorneys at Law**<br>**235 Lincoln Road # 311**<br>**Miami Beach, FL 33139** | **DK Phillips, Attorneys at Law**<br>**235 Lincoln Road # 311**<br>**Miami Beach, FL 33139**<br>3054030777 | **Legal Fees relating to litigation unit 1502** | | 9,718.00 |
| **Eco Simplista**<br>**699 Oakland Park Blvd**<br>**Fort Lauderdale, FL 33334** | **Eco Simplista**<br>**699 Oakland Park Blvd**<br>**Fort Lauderdale, FL 33334**<br>9546993367 | | | 6,600.00 |
| **Felipe Sanchez**<br>**445 NE 109 ST**<br>**Miami, FL 33161** | **Felipe Sanchez**<br>**445 NE 109 ST**<br>**Miami, FL 33161**<br>3053058442 | | | 1,000.00 |
| **Florida Power and Light**<br>**PO Box 025576**<br>**Miami, FL 33102** | **Florida Power and Light**<br>**PO Box 025576**<br>**Miami, FL 33102** | **Utility Service - Developer Units** | | 1,850.00 |
| **FPTS Tax Consulting**<br>**329 Palermo Ave**<br>**Coral Gables, FL 33134** | **FPTS Tax Consulting**<br>**329 Palermo Ave**<br>**Coral Gables, FL 33134**<br>3054410500 | | | 1,600.00 |
| **Isaac Shaftal**<br>**7935 East Drive**<br>**Unit 1202**<br>**North Bay Village, FL 33141** | **Isaac Shaftal**<br>**7935 East Drive**<br>**Unit 1202**<br>**North Bay Village, FL 33141** | **Residential Lease Security Deposit** | **Contingent** | 2,300.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Harbour East Development, Ltd.**                                          Case No.  _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Kent Harrison Robbins**<br>1224 Washington Ave.<br>Miami Beach, FL 33139 | **Kent Harrison Robbins**<br>1224 Washington Ave.<br>Miami Beach, FL 33139<br>3055320500 | **Legal Fees - Litigation on Unit 1002/1203** | | 7,000.00 |
| **Kramer and Associates**<br>890 S. Dixie Highway<br>Miami, FL 33146 | **Kramer and Associates**<br>890 S. Dixie Highway<br>Miami, FL 33146<br>3056691511 | | | 8,000.00 |
| **Mark Tobin**<br>7935 East Drive<br>Unit 901<br>North Bay Village, FL 33141 | **Mark Tobin**<br>7935 East Drive<br>Unit 901<br>North Bay Village, FL 33141 | **Residential Lease Security Deposit** | **Contingent** | 2,300.00 |
| **Michael Honablue**<br>7935 East Drive<br>Unit 1002<br>North Bay Village, FL 33141 | **Michael Honablue**<br>7935 East Drive<br>Unit 1002<br>North Bay Village, FL 33141 | **Residential Lease Security Deposit** | **Contingent** | 2,300.00 |
| **North Bay Village**<br>1666 Kennedy Causeway<br>Miami Beach, FL 33141 | **North Bay Village**<br>1666 Kennedy Causeway<br>Miami Beach, FL 33141<br>3057567171 | **Water/Garbage** | | 1,850.00 |
| **Paul Kempinski**<br>7935 East Drive<br>Unit 802<br>North Bay Village, FL 33141 | **Paul Kempinski**<br>7935 East Drive<br>Unit 802<br>North Bay Village, FL 33141 | **Residential Lease Security Deposit** | **Contingent** | 2,300.00 |
| **Ray Rodriguez**<br>7935 East Drive<br>Unit 1504<br>North Bay Village, FL 33141 | **Ray Rodriguez**<br>7935 East Drive<br>Unit 1504<br>North Bay Village, FL 33141 | **Residential Lease Security Deposit** | **Contingent** | 2,900.00 |
| **Revuelta Vega Leon**<br>2950 SW 27th Avenue<br>Suite 310<br>Miami, FL 33133 | **Revuelta Vega Leon**<br>2950 SW 27th Avenue<br>Suite 310<br>Miami, FL 33133 | **Architectural Services** | **Unliquidated** | 106,000.00<br>(16,000,000.00 secured)<br>(17,500,000.00 senior lien) |
| **Scott Dearden**<br>7935 East Drive<br>Unit 1203<br>North Bay Village, FL 33141 | **Scott Dearden**<br>7935 East Drive<br>Unit 1203<br>North Bay Village, FL 33141 | **Residential Lease Security Deposit** | **Contingent** | 2,300.00 |
| **Whirpool Corporation**<br>3019 Acazar Place # 104<br>Palm Beach Gardens, FL 33410 | **Whirpool Corporation**<br>3019 Acazar Place # 104<br>Palm Beach Gardens, FL 33410 | **Kitchen Appliances** | **Unliquidated** | 28,521.00<br><br>(10,000.00 secured) |
| **Zobieda Rothstein**<br>7935 East Drive<br>Unit 904<br>North Bay Village, FL 33141 | **Zobieda Rothstein**<br>7935 East Drive<br>Unit 904<br>North Bay Village, FL 33141 | **Residential Lease Security Deposit** | **Contingent** | 2,900.00 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Harbour East Development, Ltd.**  
　　　　　　　　　　Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

　　　　I, the Manager/Member of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **April 22, 2010**　　　　　　　　Signature  **/s/ Mario Egozi**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Mario Egozi**  
　　　　　　　　　　　　　　　　　　　　　　　　　　　**Manager/Member**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com　　　　　　　　　　　　　　　　　Best Case Bankruptcy