

**ORDERED in the Southern District of Florida on September 27, 2011.**

_____
**A. Jay Cristol, Judge
United States Bankruptcy Court**

---

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA**

| | | |
|---|---|---|
| In re: | ) | Case No. 10-20733-BKC-AJC |
| | ) | |
| HARBOUR EAST DEVELOPMENT, LTD | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | |

### ORDER OVERRULING KENT HARRISON ROBBINS' OBJECTIONS TO DISCLOSURE STATEMENT

THIS CAUSE came before the Court for hearing on September 26, 2011 for approval of the Debtor's Disclosure Statement, as amended. At the hearing, the Court approved the Disclosure Statement. However, after the Court ruled, and after the Court heard several other matters, Kent Harrison Robbins raised his objection to the Disclosure Statement. The Court indicated it would review his objection and determine whether it would reconsider approval of the Disclosure Statement.

Having reviewed the objection of Kent Harrison Robbins filed September 19, 2011 and for the same reasons the Court overruled NBV's objections to the Amended Disclosure Statement, which are more specifically stated on the record at the hearing, the Court overrules

1

the objection of Mr. Robbins. The Court believes the Disclosure Statement adequately discloses sufficient information to enable the creditors to make an informed decision when voting on the proposed plan. Such ruling is without prejudice to Kent Harrison Robbins renewing the objection(s) as same relates to confirmation of the Third Amended Plan.

It is therefore

ORDERED AND ADJUDGED that the objection of Kent Harrison Robbins filed September 19, 2011 is OVERRULED.

###

Copies furnished to:

Kent Harrison Robbins, Esq.

Michael L. Schuster, Esq.

Paul M. Bauch, Esq.